67 So.2d 51

## LOUISVILLE & NASHVILLE RAILROAD CO. v. E. M. KING.

2 Div. 324.

Supreme Court of Alabama.

Aug. 6, 1953.

Steiner, Crum & Baker, Montgomery, and Pettus, Fuller, Reeves & Stewart, Selma, for petitioner.

John W. Drinkard, Linden, opposed.

LIVINGSTON, Chief Justice.

Petition of Louisville Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Louisville & N. R. Co. v. King, 67 So.2d 49.

Writ denied.

LAWSON, SIMPSON, GOODWYN and MERRILL, JJ., concur.